UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN TRUDEAU,<br><br>    Plaintiff,<br><br>        v.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | Civil Action No.  05-0400 (JDB) |

## ORDER

Upon consideration of [3] plaintiff's motion for a preliminary injunction, [14] defendant's motion to dismiss, and the entire record in this case, and for the reasons stated in the Memorandum Opinion issued on this date, it is this 25th day of August, 2005, hereby

**ORDERED** that plaintiff's motion for a preliminary injunction is **DENIED**, and it is further

**ORDERED** that defendant's motion to dismiss is **GRANTED**.

                              /s/ John D. Bates
                            JOHN D. BATES
                        United States District Judge

Copies to:

Daniel Mach
Daniel J. Hurtado
David J. Bradford
Jenner & Block
601 13th Street NW
Washington, DC  20005-3823
(202) 637-6313
Fax: (202) 639-6066
Email: dmach@jenner.com
    *Counsel for plaintiff*

Dake S. Cutini
Jane M. Lyons
Department of Justice
Office of Consumer Litigation
P.O. 386
Washington, DC 20044
(202) 307-0044
Fax: (202) 514-8742
Email: drake.cutini@usdoj.gov
    *Counsel for defendant*